UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN CARLOS CALDERON,

Plaintiff,

v.

CDCR-DIRECTORS, et al.,

Defendants.

No. 2:25-cv-03221-EFB (PC)

ORDER AND FINDINGS AND RECOMMENDATIONS

Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff has not paid the court's filing fee. He requests leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. ECF No. 2. Review of court records reveals that plaintiff has been found to be a "three strikes" litigant under 28 U.S.C. § 1915(g) because, on at least three occasions, lawsuits filed by the plaintiff have been dismissed on the grounds that they were frivolous or malicious or failed to state a claim upon which relief may be granted. *Calderon v. Covello*, 2:24-cv-1309 DJC CKD P.

Plaintiff is therefore precluded from proceeding in forma pauperis in this action unless plaintiff is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Plaintiff's complaint is mostly incoherent, rambling, vague, confusing and/or delusional. There is no

decipherable claim upon which plaintiff can proceed on the basis that he is "under imminent danger of serious physical injury." *Andrews v. Cervantes*, 493 F.3d 1047, 1057 n.11 (9th Cir. 2007) (in determining whether a plaintiff has alleged imminent danger, the court may reject fanciful allegations).

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court assign a district judge to this case.
2. All of plaintiff's motions and requests other than his motion for leave to proceed in forma pauperis (ECF Nos. 7-15)) are DENIED without prejudice to renewal after resolution of the motion to proceed in forma pauperis.

It is FURTHER RECOMMENDED that plaintiff's application to proceed in forma pauperis (ECF No. 2) be denied and plaintiff be ordered to pay the filing fee to proceed with this action.

Dated: September 28, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE