UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN CARLOS CALDERON,

Plaintiff,

v.

CDCR-DIRECTORS, et al.,

Defendants.

No. 2:25-cv-03221-DC-EFB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF Nos. 2, 16)

Plaintiff proceeds without counsel in this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 28, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. No party has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 28, 2026 (ECF No. 16) are ADOPTED;
2. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED;
3. In order to proceed with this case, Plaintiff must pay the $405 filing fee for this action within 30 days of the date of entry of this order;
4. Plaintiff is warned that failure to comply with this order will result in dismissal of this action; and
5. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **October 20, 2026**

Dena Coggins
United States District Judge